UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT EICHHORN,<br><br>    Plaintiff,<br><br>vs.<br><br>USA GOVERNMENT, et al.,<br><br>    Defendants. | Case No:  C 13-0468 SBA<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO FILE PAPERS IN SAN FRANCISCO** |

    Plaintiff filed the instant pro se action on February 4, 2013.  The action was assigned to Magistrate Judge Maria Elena James.  Plaintiff declined to consent to the jurisdiction of a magistrate judge, resulting in the action being reassigned to this Court, which is venued at the Oakland branch of the Court.  Civil Local Rule 3-2(b) provides, in relevant part, that "[a]fter the matter has been assigned to a Judge, unless ordered or permitted otherwise, all subsequent filings must be made in the Office of the Clerk at the division or location where the assigned Judge maintains chambers."

    On February 19, 2013, Plaintiff filed a request for permission to file his papers at the Clerk's Office in San Francisco in order to avoid the cost of having to travel to Oakland.  However, Plaintiff has failed to provide any evidence that the additional cost associated with filing papers in Oakland will impose an undue hardship upon him.  In addition, Plaintiff should be aware that he can file papers by U.S. Mail, and that he is not required to file his papers in person.

1  Alternatively, Plaintiff requests that the Court reassign this case to a district judge in San Francisco.  Plaintiff has failed to provide any legal or compelling factual basis for reassigning this case.[1]  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's request to file his papers in San Francisco, or alternatively, to reassign the case to a district judge in San Francisco, is DENIED.

IT IS SO ORDERED.

Dated:  February 21, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] The Court notes that Plaintiff's request fails to comply with the Civil Local Rules. See Civ. L.R. 7. Although the Court has considered the instant request notwithstanding such violation, Plaintiff is warned that further transgressions may result in the summary denial of any motion or request filed in a manner inconsistent with the Civil Local Rules. Tri-Valley CARES v. U.S. Dept. of Energy, 671 F.3d 1113, 1131 (9th Cir. 2012) ("Denial of a motion as the result of a failure to comply with local rules is well within a district court's discretion.").   Plaintiff should be aware that although he is acting pro se (i.e., without an attorney) he nevertheless remains obligated to follow the same rules as represented parties. See Ghazali v. Moran, 46 F.3d 52, 54 (9th Cir. 1995) ("Although we construe pleadings liberally in their favor, pro se litigants are bound by the rules of procedure.") (per curiam).

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT EICHHORN,

        Plaintiff,

  v.

USA GOVERNMENT et al,

        Defendant.
                                   /

Case Number: CV13-00468 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Robert Eichhorn
1331 Stockton Street
Rm. 421
San Francisco, CA 94133

Dated: February 22, 2013

                                  Richard W. Wieking, Clerk

                                      By: Lisa Clark, Deputy Clerk